[No. 4421–II.   Division Two.   May 21, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. THEODORE E. WOLD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 55621, Waldo F. Stone, J., entered October 29, 1979. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrie, J.

[No. 3807–6–III.   Division Three.   May 21, 1981.]

JAMES EMORY HALL, ET AL, *Appellants,* v. ROBERT WOLF, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–2–01074–4, Donald N. Olson, J., entered January 3, 1980. *Remanded* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 3930–II.   Division Two.   May 22, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID LEE POTTER, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 78–1–00255–1, Jay W. Hamilton, J., entered February 8, 1979. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrie, J.